UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>        Plaintiff,                              )<br>                                                            )<br>        v.                                            )<br>                                                            )<br>JAMES L. GOAD, JR,                   )<br>                                                            )<br>        Defendant.                          )<br>_____)  | CASE NO. MJ22-053<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Arson

<u>Date of Detention Hearing</u>:    February 11, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was alleged in the Complaint with setting multiple fires involving both vehicles and a structure. Defendant has a prior conviction for second degree arson, at that time a witness reported that Defendant had stated "I will do it again." Defendant has further convictions for trespass, resisting a peace office, and possession of controlled substances.

2. Defendant poses a risk of nonappearance based upon lack of stable housing and active outstanding warrants. Defendant poses a risk of danger to the based on the alleged conduct which appears to be a pattern of repeated, extremely dangerous conduct. Defendant does not contest detention at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 11th day of February, 2021.

*S. Kate Vaughan* (signature)
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3